

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 8/29/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Judge

**From:** Glynis L. Eaton
United States Probation Officer

**Subject:** **McCain, Winifred**
DNCW308CR000072-003
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC
SEP 9 2013
US District Court
Western District of NC

---

On 10/19/2009, the defendant was sentenced pursuant to a conviction for Possession of Counterfeit Securities. He was ordered to serve twelve (12) months and one (1) day imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 10/26/2010. The following property was seized from the defendant during his supervision term: notebook, three cell phones, visa card, checks, check book, laptop, photos, clothing, notepad, documents, glass pipe, GPS unit. These items were seized from the defendant's residence on 08/24/2012. His term of supervised release was revoked on 01/14/2013, and he was ordered to serve twenty-four (24) months imprisonment with twelve (12) months supervised release to follow. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7637, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____ 9/4/13
Signature of Judicial Officer                    Date